JASON HICKS
Nevada Bar No. 13149
KERRY E. KLEIMAN
Nevada Bar No. 14071
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Email: jason.hicks@gtlaw.com
         kerry.kleiman@gtlaw.com

*Attorneys for Defendant Amazon Logistics, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYSHAWN JENKINS, | Case No.  2:26-CV000530-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT AMAZON LOGISTICS, INC. TO RESPOND TO COMPLAINT** |
| LAST MILE DSP LLC, a Nevada limited-liability company; AMAZON LOGISTICS INC., a foreign limited liability company and DOES 1-50, inclusive, | |
| | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff Rayshawn Jenkins ("Plaintiff") and Defendant Amazon Logistics, Inc. ("Amazon"), by and through their respective counsel of record, have conferred and hereby stipulate to an extension of the deadline for Amazon to respond to Plaintiff's complaint, as follows:

WHEREAS, Plaintiff filed his Complaint on February 25, 2026 and thereafter served Amazon through its resident agent on March 2, 2026;

WHEREAS, based on the date of service, Amazon's response to the Complaint is presently due on or before March 23, 2026;

WHEREAS counsel for Amazon contacted Plaintiff's counsel and the Parties agreed to a two-week extension of Amazon's deadline to respond to Plaintiff's Complaint to allow Amazon sufficient time to review the allegations and claims in Plaintiff's Complaint and prepare a response to the same.

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

1

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO by and between the Parties that the deadline for Amazon to respond to Plaintiff's Complaint is and shall be continued from March 23, 2026 to April 6, 2026. If Amazon files a motion in response to Plaintiff's Complaint, the parties further agree that the time for Plaintiff's Response under Local Rule 7-2(b) is enlarged from fourteen days to twenty-eight days, so that Plaintiff's response shall be filed on or before May 4, 2026.

**IT IS SO STIPULATED.**

DATED this 23rd day of March, 2026          DATED this 23rd day of March, 2026

**RAFII & ASSOCIATES, P.C**.                **GREENBERG TRAURIG, LLP**


 */s/ Rachel Mariner*                         */s/ Jason Hicks*
Rachel Mariner, NV Bar No. 16728            JASON HICKS
Jason Kuller, NV Bar No. 12244              Nevada Bar No. 13149
1120 N. Town Center Dr., Ste. 130           KERRY E. KLEIMAN
Las Vegas, Nevada 89144                     Nevada Bar No. 14071
                                            10845 Griffith Peak Drive, Suite 600
*Attorneys for Plaintiff*                    Las Vegas, NV 89135

                                            *Attorneys for Defendant Amazon Logistics, Inc.*


**ORDER**

Considering the stipulation between counsel, and with good cause appearing, the deadline for Amazon to respond to Plaintiff's Complaint is April 6, 2026.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 24, 2026

2

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)