Courtney K. Lee
Nevada Bar No. 8154
courtney.lee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Last Mile DSP LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RAYSHAWN JENKINS,<br><br>                    Plaintiff,<br><br>         vs.<br><br>LAST MILE DSP LLC, a Nevada limited-liability company; AMAZON LOGISTICS INC., a foreign limited liability company and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No.:  2:26-cv-00530-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendant Las Mile DSP LLC ("Last Mile") and Plaintiff Rayshawn Jenkins ("Plaintiff") by and through their respective counsel of record, hereby request and stipulate to extend the time for Last Mile to respond to Plaintiff's Complaint (ECF No. 1). Last Mile's response to Plaintiff's Complaint is currently due March 24, 2026. Last Mile and Plaintiff stipulate to an additional two-week extension of time up to and including **Tuesday, April 7, 2026**, for Last Mile to respond to the Complaint.  If Last Mile files a motion in response to Plaintiff's Complaint, Last Mile and Plaintiff further agree that the time for Plaintiff's response to any such motion under Local Rule 7-2(b) is enlarged from fourteen days to twenty-eight days so that Plaintiff's response shall be filed on or before **May 5, 2026**.  This is the parties' first formal request for an extension of time.

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 25th day of March, 2026.

RAFII & ASSOCIATES, P.C.

/s/ *Rachel Mariner*

Rachel Mariner, Esq.
Nevada Bar No. 16728
Jason Kuller, Esq.
Nevada Bar No. 12244
1120 N. Town Center Drive, Suite 130
Las Vegas, NV 89144

*Attorneys for Plaintiff*

DATED this 25th day of March, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Courtney K. Lee*

Courtney K. Lee, Esq.
Nevada Bar No. 8154
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant Last Mile DSP LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

 March 26, 2026
_____
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800