JASON HICKS
Nevada Bar No. 13149
KERRY E. KLEIMAN
Nevada Bar No. 14071
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Email: jason.hicks@gtlaw.com
kerry.kleiman@gtlaw.com

SAMUEL S. HYDE
California Bar No. 327065
*(Admitted Pro Hac Vice)*
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
Telephone: (916) 868-0675
Email: hydes@gtlaw.com

*Attorneys for Defendant Amazon Logistics, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RAYSHAWN JENKINS,

Plaintiff,

vs.

LAST MILE DSP LLC, a Nevada limited-liability company; AMAZON LOGISTICS INC., a foreign limited liability company and DOES 1-50, inclusive,

Defendants.

Case No. 2:26-cv-000530-RFB-BNW

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR SUPPLEMENTATION OF THE RECORD AND PROVIDING THE COURT WITH REQUESTED DISCOVERY [ECF NO. 31]**

**(First Request)**

Plaintiff Rayshawn Jenkins ("Plaintiff"), Defendant Last Mile DSP, LLC ("Last Mile"), and Defendant Amazon Logistics, Inc. ("Amazon," collectively with Last Mile, the "Defendants"), by and among their respective counsel of record, have conferred and hereby stipulate to an extension of the deadline for Defendants to supplement the record and provide the Court with the information requested at hearing on October 20, 2026, as follows:

WHEREAS, the Court issued an oral order at the October 20, 2026 hearing, which was subsequently memorialized in the minutes of that proceeding [ECF No. 31];

WHEREAS, the minutes note that the Parties are to "supplement the record and complete discovery consistent with the Court's instruction at the hearing;"

WHEREAS, the Parties have met and conferred and agree that additional time is warranted to confer regarding the proper scope of discovery to be provided to the Court, and this request is not made for purpose of delay;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO by the Parties that the deadline for Defendants to provide the Court with the information requested at the October 20, 2026 hearing, as memorialized in the minutes of proceeding [ECF No. 31] is and shall be continued from November 10, 2026 to December 4, 2026.

**IT IS SO STIPULATED.**

DATED this 4th day of November, 2026

**RAFII & ASSOCIATES, P.C.**

*/s/ Rachel Mariner*
RACHEL MARINER
Nevada Bar No. 16728
JASON KULLER
Nevada Bar No. 12244
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*

DATED this 4th day of November, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Jason Hicks*
JASON HICKS
Nevada Bar No. 13149
KERRY E. KLEIMAN
Nevada Bar No. 14071
SAMUEL S. HYDE
California Bar No. 327065
*(Admitted Pro Hac Vice)*
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendant Amazon Logistics, Inc.*

DATED this 4th day of November, 2026

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Courtney K. Lee*
COURTNEY K. LEE
Nevada Bar No. 8154
10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89135
*Attorneys for Defendant Last Mile DSP, LLC*

**ORDER**

Considering the stipulation among counsel, and with good cause appearing, the deadline for Defendants to provide the Court with the information and discovery ordered at the October 20, 2026 hearing, as reflected in the minutes of proceedings [ECF No. 31] shall be and is continued until **December 4, 2026**.

Dated: November 4, 2026

IT IS SO ORDERED:



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE